**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**
Civil Action No.:

| | |
|---|---|
| ELEVATION GREENROOFS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>USA CONSTRUCTION SERVICES, INC.<br>and ELLISDALE CONSTRUCTION, LLC,<br><br>    Defendants. | **COMPLAINT** |

NOW COMES Plaintiff Elevation Greenroofs, LLC ("Elevation Greenroofs") by and through its undersigned counsel and alleges the following as its complaint against Defendants USA Construction Services, Inc. and Ellisdale Construction, LLC:

1. Plaintiff Elevation Greenroofs is a Tennessee limited liability company with its principal place of business in Readyville, Tennessee.

2. Defendant USA Construction Services, Inc. ("USA") is a Maryland corporation with its principal place of business located in Maryland. USA regularly engages in business within the District of Columbia. Upon information and belief, USA has failed to keep corporate formalities required by the State of Maryland and is not currently a corporation in good standing.

3. Defendant Ellisdale Construction, LLC ("Ellisdale") is a Maryland corporation with its principal place of business located in Maryland. USA regularly engages in business within the District of Columbia.

## FIRST CAUSE OF ACTION
### (Breach of Contract)

4. Elevation Greenroofs repeats and re-alleges each of the foregoing allegations and incorporates them herein.

5. Ellisdale was engaged by The Beacon Center, LLC ("the Owner") to be general contractor for the construction of improvements to real property owned by the Owner, and located at 6100 Georgia Ave, NW, Washington, DC for a project known as "The Beacon," which involved the construction of a new midrise residential apartment community and church renovation consisting of four stories of 99 wood framed units over two stories of concrete parking garage ("the Project").

6. Ellisdale as general contractor engaged USA as subcontractor for the construction of improvements at the Beacon.

7. Likewise, USA engaged Elevation Greenroofs pursuant to a Subcontract Agreement dated January 25, 2018 in the original principal amount of $246,240.00 for the installation of a green roof identified as a "Carlisle/Columbia Green 3" Built up Green roof with plugs system" [sic]. A true and accurate copy of the Subcontract Agreement is attached hereto as Exhibit A and incorporated herein.

8. Subsequent to the Subcontract Agreement, USA increased the amount of the contract by $14,208.60 pursuant to Change Order No. 1 for the installation of perimeter rock ballast. A true and accurate copy Change Order No. 1 is attached hereto as Exhibit B and incorporated herein.

9. In addition to the foregoing, Elevation Greenroofs incurred $5,916.60 related to a blower truck in August 2018 due to remobilization of the project following a lapse of permits by

the Owner. These additional charges were reasonable and necessary to the performance of the Subcontract Agreement and were incurred for the benefit of both USA and Ellisdale.

10. Upon information and belief USA defaulted in performance of its agreement for Ellisdale. As the direct and proximate result of USA's default, Ellisdale assumed performance of the Subcontract Agreement between Ellisdale and USA.

11. During the course of Ellisdale's performance of USA's scope of work, Ellisdale required and demanded performance of additional work by Elevation Greenroofs related to the repair and installation of pavers for an additional cost of $44,447.11.

12. Elevation Greenroofs fully performed all of the terms of the Subcontract and the change orders within the time permitted and required by the Subcontract.

13. All the work performed by Elevation Greenroofs was accepted by USA and Ellisdale.

14. No work performed by Elevation Greenroofs was rejected by either USA or Ellisdale or delayed performance of Ellisdale's agreement with the Owner.

15. USA and Ellisdale have failed and refused to pay Elevation Greenroofs in full for the work, materials and labor it contributed to the Project under the Subcontract and change orders leaving an outstanding balance due of $225,270.25 representing amounts due for labor, goods, and materials actually incorporated into the Property during the Project.

16. USA and Ellisdale materially breached the Subcontract by failing to pay Elevation Greenroofs in full for amounts due and payable for the work that Elevation Greenroofs performed under the Subcontract.

17. Consequently, the full outstanding balance of $225,270.25 is due and payable and the Defendants' failure to remit payment in full constitutes a material breach of the Subcontract.

~#4816-8324-4440 - 041080/01501~

18. As the direct and proximate result of the failure of the Defendants to pay Elevation Greenroofs all amounts due and owing under the Subcontract Agreement, Elevation Greenroofs has been damaged in the amount of no less than $225,270.25 plus prejudgment and post judgment interest as allowed by law.

## SECOND CAUSE OF ACTION
### (Quantum Meruit)

19. Elevation Greenroofs repeats and re-alleges each of the foregoing allegations and incorporates them herein.

20. In the alternative to the foregoing claim for relief, Elevation Greenroofs supplied material, labor, and goods for incorporation into the Project at the request by Defendants. In so doing, Elevation Greenroofs rendered valuable services and provided goods and materials with the full knowledge and acceptance of Defendants.

21. Elevation Greenroofs justifiably believed it would be paid in full for all of the material, labor, and goods it provided for incorporation into the Property.

22. All of Elevation Greenroofs' work was accepted by Defendants.

23. Defendants received the benefit of the materials, labor, and goods provided by Elevation Greenroofs.

24. The materials, labor, and goods provided by Elevation Greenroofs has increased the value of the Property.

25. Defendants were aware that Elevation Greenroofs reasonably and justifiably expected to be paid for all material, labor, and goods it provided for the benefit of the Property in connection with the Project.

26. Despite demand, Defendants have not paid Elevation Greenroofs the fair and reasonable value of the material, labor, and goods it provided.

27.     The fair and reasonable value of the material, labor, and goods provided by Elevation Greenroofs was at least $225,270.25.

28.     As the direct and proximate result of the acceptance of the material, labor, and goods provided by Elevation Greenroofs to Defendants, Elevation Greenroofs should be awarded the sum of $225,270.25 in *quantum meruit*.

WHEREFORE, Plaintiff Elevation Greenroofs, LLC respectfully prays the Court as follows:

1.     That Elevation Greenroofs, LLC have and recover of the Defendants USA Construction Services, Inc. and Ellisdale Construction, LLC damages in the amount of $225,270.25 plus prejudgment and post judgment interest and attorney's fees as provided by law;

2.     For a trial by jury on all issues;

3.     That the costs of this action be taxed against Defendants; and

4.     For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Elevation Greenroofs, LLC

By Counsel

Dated: May 31, 2019

NELSON MULLINS RILEY & SCARBOROUGH LLP

 /s/ Dylan G. Trache
Dylan G. Trache, D.C. Bar No. 476318
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, D.C. 20001
Telephone: (202) 689-2800
Facsimile: (202) 689-2860
Email:  dylan.trache@nelsonmullins.com

5

Donald R. Pocock (To Be Admitted *Pro Hac Vice*)
NELSON MULLINS RILEY & SCARBOROUGH LLP
380 Knollwood Street, Suite 530
Winston-Salem, NC 27103
Telephone: (336) 774-3324
Facsimile: (336) 774-3376
Email: donald.pocock@nelsonmullins.com

~#4816-8324-4440 - 041080/01501~